**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Evens Derisier,**

Petitioner,

CIVIL ACTION NO. 1:26-13643-LTS

V.

**Antone Moniz et al.,**

Respondents.

## ORDER OF DISMISSAL

Sorokin, D. J.

In accordance with the Court's ELECTRONIC ORDER, Dkt. No. 10, dated August 20, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

8/20/2026
Date

/s/ Flaviana de Oliveira
Deputy Clerk